**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        **Plaintiff,**

-vs-                                                  Case No. 6:10-cv-426-Orl-22DAB

B. SCOTT DANCE, et al,

        **Defendants.**
_____/

## ORDER

      This interpleader action was recently transferred to this Court from the United States District Court for the District of New Jersey. After a review of the docket, the Court finds a number of issues that need to be addressed. Several motions remain pending that appear to have been granted in substance though not in form prior to the transfer. Another motion was granted in part but the remainder has not been addressed one way or the other. To clean up the docket, it is hereby

      **ORDERED** that the motions for extension of time filed by Dana L. Dance (Doc. 14), Robert T. Dance (Doc. 15) and Jeffrey S. Dance (Doc. 18) are hereby **GRANTED** nunc pro tunc, and the Clerk is **DIRECTED** to docket (separately) those parties' proposed answers, which are included in or attached to those motions.

      And it is further **ORDERED** that the Motion for Default Judgment and Entry of a Consent Order (Doc. 31), which was already granted to the extent it sought entry of a consent order (Doc.

36), is hereby **DENIED WITHOUT PREJUDICE** to the extent not already granted. As a default was already entered in the New Jersey District Court on January 18, 2010, Prudential may refile the default judgment portion of its previous motion as a standalone motion. Should Prudential choose to refile the motion for default judgment, it need not refile any attachments or exhibits, but may instead simply cite to the pertinent docket entries.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 12, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party