**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

           **Plaintiff,**

**-vs-**                                       **Case No.  6:10-cv-426-Orl-31GJK**

B. SCOTT DANCE, ET AL,

           **Defendants.**

_____/

## ORDER

This cause comes before the Court on its own initiative.  On June 18, 2010, Judge Kelly held

a status conference in this matter and ordered all of the parties to file and serve pleadings asserting any

claims or crossclaims they wished to make, to answer any crossclaims asserted against them, and to

meet and prepare a case management report.  (Doc. 73 at 1-2).  The deadlines for complying with

Judge Kelly's orders have passed, and only two of the Defendants – Linda Dance and Mary Turknett

– have complied.[1]  Accordingly, it is hereby

**ORDERED** that the claims of Defendants B. Scott Dance (both individually and as co-

personal representative of the estate of Robert M. Dance), Brian G. Fisher (in his capacity as co-

---

[1]The Plaintiff was dismissed from this ERISA/interpleader action on April 15, 2010 after depositing the funds at issue into the registry of the Court.

personal representative of the estate of Robert M. Dance), Dana Dance, Jeffrey Dance, and Robert T. Dance are **DISMISSED WITH PREJUDICE**.

     **DONE** and **ORDERED** in Chambers in Orlando, Florida on August 10, 2010.

 

_____
           GREGORY A. PRESNELL
       **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties