# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,**

                  Plaintiff,

-vs-                                                Case No.  6:10-cv-426-Orl-31GJK

**LINDA DANCE and MARY TURKNETT,**

**Defendants/Crossclaimants.**
_____/

## ORDER

This matter comes before the Court on the Notice of Settlement (Doc. 88) and the Motion to Reopen the Case (Doc. 89).  The remaining parties to this interpleader action, which was closed on November 4, seek to have it reopened so that the Clerk may disburse the funds that were deposited in the registry of the Court.   Accordingly, it is hereby

**ORDERED** that the Clerk shall reopen the case, disburse the funds as set forth in the Notice of Settlement, and then close the case again.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 17, 2010.

                                                GREGORY A. PRESNELL
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party